ROCHELLE D. ALPERT, State Bar No. 065037
LEIGHA E. WEINBERG, State Bar No. 251795
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1326
Fax: 415.442.1001
E-mail: ralpert@morganlewis.com
        lweinberg@morganlewis.com

Attorneys for Plaintiff
XOOM CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XOOM CORPORATION, a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MOTOROLA TRADEMARK HOLDINGS, LLC, a Delaware limited liability company, MOTOROLA MOBILITY, INC., a Delaware corporation, and MOTOROLA MOBILITY HOLDINGS, INC., a Delaware corporation, and DOES 1 through 10 inclusive<br><br>Defendants. | Case No. 11-CV-00848 (CRB)<br><br>**CONSENTED MOTION FOR AN EXTENSION OF SERVICE DEADLINE AND [PROPOSED] ORDER** |

Plaintiff Xoom Corporation ("Xoom") filed the complaint in this action on February 23, 2011. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Xoom has 120 days, or until June 23, 2011, to serve the summons and complaint. The parties are in discussions regarding the dispute. Counsel for Xoom and counsel for Defendants, Kristin J. Achterhof of Katten Muchin Rosenman LLP, have mutually agreed to file this motion to extend the service deadline by 20 days to July 13, 2011. *See* FRCP 6(b)(1)(A) ("When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires."); *Henderson v. U.S.*, 517 U.S. 654 (1996) (120 day period for service provided by FRCP

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CONSENTED MOTION FOR EXTENSION OF SERVICE DEADLINE
CASE NO.: 11-CV-00848 (CRB)

DB2/ 22514040.1

4(m) is extendable). The parties believe a 20-day extension is required to allow time to resolve this matter due to the intervening holiday on July 4, 2011. This request has been served by email on Defendants' counsel.

Given that the parties are in discussions to resolve this matter and that both parties agree to the extension, there is good cause for the Court to extend the service deadline to July 13, 2011. Accordingly, the parties respectfully request that the service deadline be extended.

Dated: June 22, 2011

**MORGAN, LEWIS & BOCKIUS LLP**
ROCHELLE D. ALPERT
LEIGHA E. WILBUR

By /s/Rochelle D. Alpert
Rochelle D. Alpert

Attorneys for Plaintiff
XOOM CORPORATION

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

CONSENTED MOTION FOR EXTENSION OF SERVICE DEADLINE
CASE NO. 11-CV-00848 (CRB)

DB2/ 22514040.1

# [~~PROPOSED~~] ORDER

Having reviewed the Consented Motion for an Extension of Service Deadline and finding good cause for the Motion,

IT IS HEREBY ORDERED that the deadline for serving the summons and complaint in this proceeding is extended until July 13, 2011.

**IT IS SO ORDERED.**

Dated: June ____23__, 2011



_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CASE NO.: 11-CV-00848 (CRB)
[PROPOSED] ORDER

DB2/ 22514040.1