ROCHELLE D. ALPERT, State Bar No. 065037
LEIGHA E. WEINBERG, State Bar No. 251795
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1326
Fax: 415.442.1001
E-mail: ralpert@morganlewis.com
       lweinberg@morganlewis.com

Attorneys for Plaintiff
XOOM CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XOOM CORPORATION, a California Corporation,<br><br>              Plaintiff,<br><br>      vs.<br><br>MOTOROLA TRADEMARK HOLDINGS, LLC, a Delaware limited liability company, MOTOROLA MOBILITY, INC., a Delaware corporation, and MOTOROLA MOBILITY HOLDINGS, INC., a Delaware corporation, and DOES 1 through 10 inclusive<br><br>              Defendants. | Case No. 11-CV-00848 (CRB)<br><br><br>**SECOND CONSENTED MOTION FOR AN EXTENSION OF SERVICE DEADLINE AND [PROPOSED] ORDER** |

Plaintiff Xoom Corporation ("Xoom") filed the complaint in this action on February 23, 2011. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Xoom had 120 days, or until June 23, 2011, to serve the summons and complaint. On June 22, 2011 the parties filed a Consented Motion for an Extension of Service Deadline requesting that the service deadline be extended to July 13, 2011. The motion was granted by the Court on June 24, 2011.

The parties hereby request a second extension of the service deadline in this proceeding to August 3, 2011. The parties continue to discuss the dispute. Counsel for Xoom and counsel for Defendants, Kristin J. Achterhof of Katten Muchin Rosenman LLP, have mutually agreed to file this motion to extend the service deadline by 21 days to August 3, 2011. *See* FRCP 6(b)(1)(A)

1   ("When an act may or must be done within a specified time, the court may, for good cause,

2   extend the time: (A) with or without motion or notice if the court acts, or if a request is made,

3   before the original time or its extension expires."); *Henderson v. U.S.*, 517 U.S. 654 (1996) (120

4   day period for service provided by FRCP 4(m) is extendable).  This request has been served by

5   email on Defendants' counsel.

6          Given that the parties are in discussions to resolve this matter and that both parties agree

7   to the extension, there is good cause for the Court to extend the service deadline to August 3,

8   2011.  Accordingly, the parties respectfully request that the service deadline be extended.

9

10  Dated: July 11, 2011                          **MORGAN, LEWIS & BOCKIUS LLP**
                                                   ROCHELLE D. ALPERT
11                                                 LEIGHA E. WILBUR

12

13                                                 By /s/Rochelle D. Alpert
                                                      Rochelle D. Alpert
14
                                                   Attorneys for Plaintiff
15                                                 XOOM CORPORATION

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

CASE NO.: 11-CV-00848 (CRB)
SECOND CONSENTED MOTION FOR EXTENSION OF SERVICE
DEADLINE

**[PROPOSED]** ORDER

Having reviewed the Consented Motion for an Extension of Service Deadline and finding good cause for the Motion,

IT IS HEREBY ORDERED that the deadline for serving the summons and complaint in this proceeding is extended until August 3, 2011.

**IT IS SO ORDERED.**

Dated: July __12____, 2011



_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO