# [~~PROPOSED~~] ORDER

Having reviewed the Third Consented Motion for an Extension of Service Deadline and finding good cause for the Motion,

IT IS HEREBY ORDERED that the deadline for serving the summons and complaint in this proceeding is extended until September 5, 2011.

**IT IS SO ORDERED.**

Dated: August _____3__, 2011



_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE