## [~~PROPOSED~~] ORDER

Having reviewed the Consented Motion for an Extension of Case Management Conference and Related Deadlines and finding good cause for the Motion,

IT IS HEREBY ORDERED that the Case Management Conference is continued until September 16, 2011, and the dates calculated based on the Case Management Conference date shall be extended accordingly.

**IT IS SO ORDERED.**

Dated: August __05_, 2011



HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CASE NO.: 11-CV-00848 (CRB)
[PROPOSED] ORDER

DB2/22554898.1