1
2
3
4 **[~~PROPOSED~~] ORDER**

5
6  Having reviewed the Fourth Consented Motion for an Extension of Service Deadline, Case Management Conference Date, and Related Deadlines and finding good cause for the Motion,

  IT IS HEREBY ORDERED that the deadline for serving the summons and complaint in this proceeding is extended until October 31, 2011, the Case Management Conference is continued until November 18, 2011, and the dates calculated based on the Case Management Conference date shall be extended accordingly.

**IT IS SO ORDERED.**

Dated: September  2 , 2011



HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CASE NO.: 11-CV-00848 (CRB)
[PROPOSED] ORDER

DB2/ 22646346.1