UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XOOM CORPORATION, a California corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>MOTOROLA TRADEMARK HOLDINGS, LLC, a Delaware limited liability company, MOTOROLA MOBILITY, INC., a Delaware corporation, and MOTOROLA MOBILITY HOLDINGS, INC., a Delaware corporation, and DOES 1 through 10 inclusive,<br><br>　　　　　　　Defendants. | Case No. 11-CV-00848 (CRB)<br><br>**STIPULATION AND [PROPOSED] ORDER AMENDING SCHEDULING ORDER** |

Pursuant to the Northern District of California Local Rules 6-2 and 7-12, the parties, Plaintiff Xoom Corporation ("Plaintiff") and Defendants Motorola Trademark Holdings, LLC, Motorola Mobility, Inc. and Motorola Mobility Holdings, Inc. (collectively, "Defendants"), hereby stipulate that good cause exists to request an order extending the fact discovery deadline set forth in the parties' December 9, 2011 Joint Case Management Conference Statement, adopted by the Court on December 16, 2011 in this case, by ninety (90) days, to October 1, 2012, with a commensurate ninety (90) day extension of all of the subsequent dates and deadlines. Specifically, the parties state that:

　　1.　Plaintiff's complaint against Defendants in this case arises under the Lanham Act, 15 U.S.C. §§ 1114(1) and 1125(a)(1) for trademark infringement and unfair competition, as well as California statutory and common law.

　　2.　Pursuant to this Court's Order referring the case to mediation, the parties participated in a mediation in San Francisco on March 9, 2012, in an attempt to resolve their dispute amicably and before the parties spent additional time and effort on litigation. The parties did not resolve their dispute on March 9, 2012.

1

1      3.      Since the time of the mediation, the parties have continued to discuss settlement, and have been serving and responding to initial rounds of written fact discovery.  The parties now are exchanging voluminous documents responsive to document requests, and they have been preparing and propounding follow-up requests for documents and interrogatories.

      4.      The parties also are in the process of identifying key witnesses based on the discovery requests served, and scheduling depositions of individuals residing in California and Illinois.

      5.      The parties have given serious consideration to the tasks necessary in order to continue in their efforts to complete all fact discovery in this case, and have agreed that a ninety (90) day extension of the fact discovery deadline is necessary.

      6.      The parties have not sought any extensions of time in this case to date.

      7.      The parties do not seek this extension for the purpose of delay.  The limited modification to the scheduling order will not have an effect on any pre-trial and trial dates as the Court has yet to schedule these dates.

      WHEREFORE, the parties respectfully request that this Honorable Court issue an order granting the parties an extension of time--until October 1, 2012--to complete discovery, and a ninety (90) day commensurate extension of all of the subsequent dates and deadlines in this case as set forth in the attached [Proposed] Order.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Date: June 8, 2012

PLAINTIFF XOOM CORPORATION

Date: June 8, 2012

DEFENDANTS MOTOROLA TRADEMARK HOLDINGS, LLC, MOTOROLA MOBILITY, INC., and MOTOROLA MOBILITY HOLDINGS, INC.

By:  /s/  Leigha E. Weinberg
     One of its attorneys

By:  /s/ Cathay Y. N. Smith
     One of their attorneys

| | |
|---|---|
| Rochelle D. Alpert<br>Leigha E. Weinberg<br>Morgan, Lewis & Bockius LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>Telephone: 415.442.1000<br>Facsimile: 415.442.1001<br>ralpert@morganlewis.com<br>lweinberg@morganlewis.com | Kristin J. Achterhof (IL 6206476)<br>Cathay Y. N. Smith (IL 6290784)<br>KATTEN MUCHIN ROSENMAN LLP<br>525 West Monroe Street<br>Chicago, IL 60661<br>Telephone: 312.902.5200<br>Facsimile: 312.902.1061<br>kristin.achterhof@kattenlaw.com<br>cathay.smith@kattenlaw.com |
| | Dennis B. Kass (SBN 137263)<br>Richard Garcia (SBN 198185)<br>MANNING & KASS, ELLROD, RAMIREZ,<br>TRESTER LLP<br>One California Street, Suite 1100<br>San Francisco, CA 94111<br>Telephone: 415.217.6990<br>Facsimile: 415.217.6999<br>dbk@manningllp.com<br>rgg@manningllp.com |

[~~PROPOSED~~] **ORDER**

This matter having been brought before the Court pursuant to Plaintiff Xoom Corporation and Defendants Motorola Trademark Holdings, LLC, Motorola Mobility, Inc. and Motorola Mobility Holdings, Inc.'s Stipulation and [Proposed] Order Amending Scheduling Order;

It is hereby ORDERED that fact discovery is extended through October 1, 2012. The dates and deadlines adopted by the Court in its Order dated December 16, 2011 are hereby amended and extended as set forth in the schedule below:

| EVENT | DATES PER DECEMBER 19 ORDER | [PROPOSED] DATES |
|---|---|---|
| Fact Discovery Deadline | July 1, 2012 | October 1, 2012 |
| Deadline for Expert Reports | July 31, 2012 | October 31, 2012 |
| Deadline for Rebuttal Reports | September 4, 2012 | December 4, 2012 |
| Expert Discovery Deadline | October 4, 2012 | January 4, 2013 |
| Dispositive Motions Filed | October 29, 2012 | January 29, 2013 |
| Pretrial Conference and Trial | To be set by Court after consideration of dispositive motion | To be set by Court after consideration of dispositive motion |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: June 12, 2012  _____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE



4