MORGAN, LEWIS & BOCKIUS LLP
ROCHELLE D. ALPERT, State Bar No. 065037
SHARON R. SMITH, State Bar No. 221428
ANDREW M. PURDY, State Bar No. 261912
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
Email: ralpert@morganlewis.com
       srsmith@morganlewis.com
       apurdy@morganlewis.com

Attorneys for Plaintiff
XOOM CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XOOM CORPORATION, a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MOTOROLA TRADEMARK HOLDINGS, LLC, a Delaware Limited liability company, MOTOROLA MOBILITY, INC., a Delaware corporation, and MOTOROLA MOBILITY HOLDINGS, INC., a Delaware corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 11-CV-00848 (CRB)<br><br>**STIPULATION AND [PROPOSED] ORDER AMENDING SCHEDULING ORDER** |

Pursuant to the Northern District of California Local Rules 6-2 and 7-12, the parties, Plaintiff Xoom Corporation ("Plaintiff") and Defendants Motorola Trademark Holdings, LLC, Motorola Mobility, Inc. and Motorola Mobility Holdings, Inc. (collectively, "Defendants"), hereby stipulate that good cause exists to request an order extending the present October 1, 2012 fact discovery deadline by 90 days, and to adjust all subsequent deadlines accordingly.

Specifically, the parties state that:

1. Plaintiff's complaint against Defendants in this case arises under the Lanham Act,

15 U.S.C. §§ 1114(1) and 1125(a)(1) for trademark infringement and unfair competition, and under California statutory and common law.

2. Pursuant to this Court's Order referring the case to mediation, the parties participated in a mediation in San Francisco on March 9, 2012, in an attempt to resolve their dispute amicably and before the parties spent additional time and effort on litigation. While the parties did not resolve their dispute on March 9, 2012, they continue to discuss settlement.

3. Since the mediation, the parties have exchanged, and are still responding to, multiple sets of written discovery, and the parties continue to review and/or produce thousands of pages of documents in response to the written discovery requests.

4. Further, the parties are still identifying key witnesses based on the responses to written discovery, and the document review/production(s), which are not yet complete. The parties are also working to schedule depositions of individuals and parties that reside in California and Illinois.

5. The parties have given serious thought to the tasks that remain in order to continue in their efforts to complete all fact and expert discovery in this case, and have agreed that an extension of all discovery deadlines, as well as the dates for dispositive motion briefing, is necessary as set forth below:

| EVENT | DATES PER JUNE 12 ORDER | PROPOSED DATES |
| --- | --- | --- |
| Fact Discovery Deadline | October 1, 2012 | January 11, 2013 |
| Deadline for Expert Reports | October 31, 2012 | February 15, 2013 |
| Deadline for Rebuttal Reports | December 4, 2012 | March 15, 2013 |
| Expert Discovery Deadline | January 4, 2013 | April 12, 2013 |
| Dispositive Motions Filed | January 29, 2013 | May 3, 2013 |
| Pretrial Conference and Trial | To be set by Court after consideration of dispositive motion | To be set by Court after consideration of dispositive motion |

6. The parties have only sought one other extension of time in this case to date, which the Court granted on June 12, 2012.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

1     7.   The parties do not seek this extension for the purpose of delay.  The limited
2 modification to the scheduling order will not have an effect on any pre-trial and trial dates as the
3 Court has yet to schedule these dates.
4     WHEREFORE, the parties respectfully request that this Honorable Court issue an order
5 granting the parties an extension of time and deadlines to the current discovery and dispositive
6 motion schedule as set forth in the attached [Proposed] Order.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

| Dated: September 11, 2012 | Dated: September 11, 2012 |
|---|---|
| PLAINTIFF XOOM CORPORATION | DEFENDANTS MOTOROLA TRADEMARK HOLDINGS, LLC, MOTOROLA MOBILITY, INC., and MOTOROLA MOBILITY HOLDINGS, INC. |
| By  /s/ Rochelle D. Alpert<br>   Rochelle D. Alpert<br>   One of its attorneys | By  /s/ Kristin J. Achterhof<br>   Kristin J. Achterhof<br>   One of its attorneys |
| MORGAN, LEWIS & BOCKIUS LLP<br>ROCHELLE D. ALPERT (SBN 065037)<br>SHARON R. SMITH (SBN 221428)<br>ANDREW M. PURDY (SBN 261912)<br>One Market, Spear Street Tower<br>San Francisco, CA  94105-1126<br>Tel:    415.442.1000<br>Fax:   415.442.1001<br>Email: ralpert@morganlewis.com<br>         srsmith@morganlewis.com<br>         apurdy@morganlewis.com | KATTEN MUCHIN ROSENMAN LLP<br>Kristin J. Achterhof (IL 6206476)<br>525 West Monroe Street<br>Chicago, IL  60661<br>Tel:    312.902.5200<br>Fax:   312.902.1061<br>Email: kristin.achterhof@kattenlaw.com |

| | |
|---|---|
| 1 | Dennis B. Kass (SBN 137263) |
| 2 | Richard Garcia (SBN 198185)<br>MANNING & KASS, ELLROD, RAMIREZ, TRESTER LLP |
| 3 | One California Street, Suite 1100 |
| 4 | San Francisco, CA 94111<br>Tel: 415.217.6990 |
| 5 | Fax: 415.217.6999<br>Email: dbk@manningllp.com |
| | rgg@manningllp.com |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

1                                          [~~PROPOSED~~] ORDER

This stipulation among Plaintiff Xoom Corporation and Defendants Motorola Trademark Holdings, LLC, Motorola Mobility, Inc. and Motorola Mobility Holdings, Inc., having been brought before the Court by the parties to modify their prior Stipulation and Scheduling Order dated June 12, 2012, is hereby ORDERED such that the dates and deadlines adopted by the Court in its prior Order are amended and extended as set forth in the schedule below:

| EVENT | DATES PER JUNE 12 ORDER | [PROPOSED] DATES |
|---|---|---|
| Fact Discovery Deadline | October 1, 2012 | January 11, 2013 |
| Deadline for Expert Reports | October 31, 2012 | February 15, 2013 |
| Deadline for Rebuttal Reports | December 4, 2012 | March 15, 2013 |
| Expert Discovery Deadline | January 4, 2013 | April 12, 2013 |
| Dispositive Motions Filed | January 29, 2013 | May 3, 2013 |
| Pretrial Conference and Trial | To be set by Court after consideration of dispositive motion | To be set by Court after consideration of dispositive motion |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: Sept. 13, 2012

The Honorable
UNITED STATES DISTRICT COURT

*IT IS SO ORDERED*
*Judge Charles R. Breyer*