UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| XOOM CORPORATION, a California Corporation,<br><br>Plaintiff,<br>v.<br>MOTOROLA TRADEMARK HOLDINGS LLC, a Delaware limited liability company, MOTOROLA MOBILITY, INC., a Delaware corporation, and MOTOROLA MOBILITY HOLDINGS, INC., a Delaware corporation, and DOES 1 through 10 inclusive,<br><br>Defendants.<br>_____/ | No. C 11-00848 CRB (LB)<br><br>**NOTICE OF REFERRAL AND ORDER RE DISCOVERY PROCEDURES** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The district court has referred all discovery matters to United States Magistrate Judge Laurel Beeler. The parties shall comply with all applicable requirements in Judge Beeler's standing order (attached), including all procedures regarding resolution of discovery disputes.

**IT IS SO ORDERED.**

Dated: December 5, 2012

_____
LAUREL BEELER
United States Magistrate Judge

C 11-00848 CRB (LB)
NOTICE OF REFERRAL AND ORDER