[Complete list of counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XOOM CORPORATION, a California Corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MOTOROLA TRADEMARK HOLDINGS, LLC, a Delaware limited liability company, MOTOROLA MOBILITY, INC., a Delaware corporation, and MOTOROLA MOBILITY HOLDINGS, INC., a Delaware Corporation, and DOES 1 through 10 inclusive<br><br>　　　　　Defendants. | Case No. CV 11-CV-00848 (CRB)<br><br>**STIPULATION AND ORDER TO AMEND SCHEDULING ORDER**<br><br>**JURY TRIAL DEMANDED** |

1   Pursuant to the Northern District of California Local Rules 6-2 and 7-12, the parties,
2 Plaintiff Xoom Corporation ("Plaintiff") and Defendants Motorola Trademark Holdings, LLC,
3 Motorola Mobility, Inc. and Motorola Mobility Holdings, Inc. (collectively, "Defendants"), hereby
4 stipulate that good cause exists for an amendment of the present Scheduling Order to provide for a
5 45-day extension of the present March 12, 2013 fact discovery deadline and an adjustment of all
6 subsequent deadlines accordingly.

7   Specifically, the parties state that:

8   1. Plaintiff's complaint against Defendants in this case arises under the Lanham Act, 15
9 U.S.C. §§ 1114(1) and 1125(a)(1) for trademark infringement and unfair competition, and under
10 California statutory and common law.

11   2. Fact discovery is presently scheduled to close on March 12, 2013. Plaintiff and
12 Defendants believe, to the best of their present knowledge, that they have completed their
13 respective productions of all responsive and non-privileged documents in their possession, subject
14 to any stated objections. The parties are still working to schedule depositions, and are attempting
15 to resolve remaining discovery issues.  At the same time, the parties have been actively engaged in
16 ongoing settlement discussions.

17   3.   In addition, Plaintiff recently retained new counsel in this case, who were admitted
18 *pro hac vice* on February 14, 2013.  Given the significant volume of documents that have been
19 produced in this case (exceeding 100,000 pages in total), and the extensive written discovery that
20 has been exchanged between the parties to date, the requested 45-day extension would ensure that
21 new counsel has ample time to review the discovery and prepare for depositions.

22   4. The parties have given serious thought to the tasks that remain in order to continue in
23 their efforts to complete all fact and expert discovery in this case, and have agreed that an
24 extension of all discovery deadlines, as well as the dates for dispositive motion briefing, is
25 necessary as set forth below:

| EVENT | DATES PER 12/03/12 ORDER | PROPOSED DATES |
|---|---|---|
| Fact Discovery Deadline | March 12, 2013 | April 26, 2013 |
| Deadline for Expert Reports | April 16, 2013 | May 31, 2013 |
| Deadline for Rebuttal Reports | May 13, 2013 | June 27, 2013 |
| Expert Discovery Deadline | June 12, 2013 | July 29, 2013 |
| Dispositive Motions Filed | July 2, 2013 | August 16, 2013 |
| Pretrial Conference and Trial | To be set by Court after consideration of dispositive motion | To be set by Court after consideration of dispositive motion |

4. The parties have only sought three other extensions of time in this case to date. The Court granted those extensions, the first on June 12, 2012, the second on September 13, 2012, and the third on December 3, 2012.

5. The parties do not seek this extension for the purpose of delay. The limited modification to the scheduling order will not have an effect on any pre-trial and trial dates as the Court has yet to schedule these dates.

WHEREFORE, the parties respectfully request that this Honorable Court issue an order amending the current discovery and dispositive motion schedule as set forth in the attached [Proposed] Order.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

\\\\

\\\\

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: February 27, 2013 | /s/   *Joseph R. Farris*<br>Joseph R. Farris (SBN 263405)<br>*jfarris@goodwinprocter.com*<br>**GOODWIN PROCTER LLP**<br>135 Commonwealth Drive<br>Menlo Park, California  94025-1105<br>Tel.:  650.752.3100<br>Fax:  650.853.1038 |
|   | Ira J. Levy (*Admitted pro hac vice*)<br>*ilevy@goodwinprocter.com*<br>**GOODWIN PROCTER LLP**<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018-1405<br>Tel.:  212.813.8800<br>Fax:  212.355.3333 |
|   | Srikanth K. Reddy (*Admitted pro hac vice*)<br>*sreddy@goodwinprocter.com*<br>**GOODWIN PROCTER LLP**<br>Exchange Place, 53 State Street<br>Boston, MA 02109-2802<br>Tel.:  617.570.1000<br>Fax:  617.523.1231 |
|   | Rochelle D. Alpert (SBN 065037)<br>*ralpert@morganlewis.com*<br>Sharon R. Smith (SBN 221428)<br>*srsmith@morganlewis.com*<br>Andrew M. Purdy (SBN 261912)<br>*apurdy@morganlewis.com*<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1126<br>Tel.:  415.442.1326<br>Fax:  415.442.1001 |
|   | Attorneys for Plaintiff<br>XOOM CORPORATION |

Dated: February 27, 2013

/s/      Kristin J. Achterhof
Kristin J. Achterhof (IL 6206476)
Carolyn M. Passen (IL 6283537)
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL 60661
Tel: 312.902.5200
Fax: 312.902.1061
Email: kristin.achterhof@kattenlaw.com
carolyn.passen@kattenlaw.com

Dennis B. Kass (SBN 137263)
Richard G. Garcia (SBN 198185)
MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
One California Street, Suite 1100
San Francisco, CA 94111
Tel: 415.217.6990
Fax: 415.217.6999
Email: dbk@manningllp.com
Email: rgg@manningllp.com

Attorneys for Defendants
MOTOROLA TRADEMARK HOLDINGS, LLC, MOTOROLA MOBILITY, INC., and MOTOROLA MOBILITY HOLDINGS, INC.

**ATTESTATION OF E-FILED SIGNATURES**

I, Joseph Farris, am the ECF User whose ID and password are being used to file this Stipulation to Amend Scheduling Order.  In compliance with Civ. L.R. 5-1(i)(3), I hereby attest that Joseph Farris and Kristin J. Achterhof have concurred to its filing.

Dated:    February 27, 2013

By: */s/ Joseph R. Farris*

**ORDER**

Pursuant to the stipulation between Plaintiff Xoom Corporation, on the one hand, and Defendants Motorola Trademark Holdings, LLC, Motorola Mobility, Inc. and Motorola Mobility Holdings, Inc., on the other hand, the parties request the Court to modify the prior Stipulation and Scheduling Order dated December 3, 2012.

It is ORDERED that the dates and deadlines adopted by the Court in its prior Scheduling Order are amended and extended as set forth in the schedule below:

| EVENT | DATES PER 12/03/12 ORDER | PROPOSED DATES |
|---|---|---|
| Fact Discovery Deadline | March 12, 2013 | April 26, 2013 |
| Deadline for Expert Reports | April 16, 2013 | May 31, 2013 |
| Deadline for Rebuttal Reports | May 13, 2013 | June 27, 2013 |
| Expert Discovery Deadline | June 12, 2013 | July 29, 2013 |
| Dispositive Motions Filed | July 2, 2013 | August 16, 2013 |
| Pretrial Conference and Trial | To be set by Court after consideration of dispositive motion | To be set by Court after consideration of dispositive motion |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 22, 2013



_____
The Honorable Charles R. Breyer
UNITED STATES DISTRICT COURT