1  Joseph R. Farris (SBN 263405)
   *jfarris@goodwinprocter.com*
2  **GOODWIN PROCTER LLP**
   135 Commonwealth Drive
3  Menlo Park, California  94025-1105
   Tel.:  650.752.3100
4  Fax:  650.853.1038

5  Attorneys for Plaintiff
   XOOM CORPORATION
6
   [Complete list of counsel on signature page]
7

8
                    **UNITED STATES DISTRICT COURT**
9
                    **NORTHERN DISTRICT OF CALIFORNIA**
10

11 | XOOM CORPORATION, a California Corporation, | Case No. CV 11-CV-00848 (CRB) |
12 | Plaintiff, | **NOTICE OF WITHDRAWAL OF MORGAN, LEWIS & BOCKIUS LLP AS ATTORNEYS OF RECORD FOR PLAINTIFF XOOM CORPORATION AND PROPOSED ORDER PERMITTING WITHDRAWAL** |
13 | v. | |
14 | MOTOROLA TRADEMARK HOLDINGS, LLC, a Delaware limited liability company, MOTOROLA MOBILITY, INC., a Delaware corporation, and MOTOROLA MOBILITY HOLDINGS, INC., a Delaware Corporation, and DOES 1 through 10 inclusive | |
18 | Defendants. | |

1

NOTICE OF WITHDRAWAL – MORGAN, LEWIS & BOCKIUS LLP                Case No. CV 11-CV-00848 (CRB)

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that pursuant to Local Rule 11-5, Rochelle D. Alpert, Sharon R. Smith, and Andrew M. Purdy of the law firm Morgan, Lewis & Bockius LLP are no longer counsel of record for Plaintiff Xoom Corporation, and should be removed from the Court's ECF system. This will constitute the complete withdrawal of all attorneys from Morgan, Lewis & Bockius LLP as counsel of record for this case. The undersigned certifies that the attorneys of Goodwin Procter LLP will remain on the case as counsel and that this withdrawal will have no effect on the posture of the case or the court's calendar.

Respectfully submitted,

Dated: March 19, 2013

/s/   *Joseph R. Farris*
Joseph R. Farris
*jfarris@goodwinprocter.com*
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, CA  94025-1105
Tel.:  650.752.3100
Fax:  650.853.1038

Ira J. Levy (*pro hac vice*)
*ilevy@goodwinprocter.com*
**GOODWIN PROCTER LLP**
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Tel.:  212.813.8800
Fax:  212.355.3333

Patrick S. Thompson
**GOODWIN PROCTER LLP**
Three Embarcadero Center
24th Floor
San Francisco, CA 94111
Tel:  415.733.6000
Fax:  415-677-9041

Srikanth K. Reddy (*pro hac vice*)
*sreddy@goodwinprocter.com*
**GOODWIN PROCTER LLP**
Exchange Place, 53 State Street
Boston, MA 02109-2802
Tel.:  617.570.1000
Fax:  617.523.1231

Attorneys for Plaintiff
XOOM CORPORATION

1  **SO ORDERED.**

4  Dated: March 18, 2013



_____
Honorable Judge Charles R. Breyer

**CERTIFICATE OF SERVICE**

I am employed in the County of San Mateo, State of California. I am over the age of 18 and not a party to the within action. My business address is: 135 Commonwealth Drive, Menlo Park, CA 94025-1105. On March 13, 2013, I served the following documents:

**NOTICE OF WITHDRAWAL OF MORGAN LEWIS & BOCKIUS LLP AS ATTORNEYS OF RECORD FOR PLAINTIFF XOOM CORPORATION AND PROPOSED ORDER PERMITTING WITHDRAWAL**

by placing a true copy thereof in a sealed envelope(s) on the persons below as follows:

| | |
|---|---|
| Kristin J. Achterhof<br>Cathay Y.N. Smith<br>KATTEN MUCHIN ROSENMAN LLP<br>525 West Monroe Street<br>Chicago, IL 60661-3693<br>Kristin.achterhof@kattenlaw.com<br>Cathay.smith@kattenlaw.com | Dennis B. Kass<br>Richard Garcia<br>MANNING & KASS, ELLROD, RAMIREZ, TRESTER LLP<br>One California Street, Suite 1100<br>San Francisco, CA 94111<br>dbk@manningllp.com<br>rgg@manningllp.com |
| Rochelle D. Alpert<br>Sharon R. Smith<br>Andrew M. Purdy<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1126<br>ralpert@morganlewis.com<br>srsmith@morganlewis.com<br>apurdy@morganlewis.com | |

X  (MAIL). I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Menlo Park, California.

X  (E-MAIL or ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction this service was made and that the foregoing is true and correct. Executed on March 13, 2013, at Menlo Park, California.

Rachael Nelson

1

CERTIFICATE OF SERVICE                                   Case No. CV 11-CV-00848 (CRB