Ira J. Levy (*pro hac vice*)
ilevy@goodwinprocter.com
**GOODWIN PROCTER LLP**
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Tel.:  212.813.8800
Fax:  212.355.3333

Attorneys for Plaintiff
XOOM CORPORATION

[Complete list of counsel on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XOOM CORPORATION, a California Corporation,<br><br>            Plaintiff,<br><br>       v.<br><br>MOTOROLA TRADEMARK HOLDINGS, LLC, a Delaware limited liability company, MOTOROLA MOBILITY, INC., a Delaware corporation, and MOTOROLA MOBILITY HOLDINGS, INC., a Delaware Corporation, and DOES 1 through 10 inclusive<br><br>            Defendants. | Case No. 11-CV-00848-CRB<br><br>**STIPULATION AND ORDER OF DISMISSAL OF COMPLAINT**<br><br>Judge: Hon. Charles R. Breyer<br>Courtroom 6 |

.

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Xoom Corporation and Defendants Motorola Trademark Holdings, LLC, Motorola Mobility Holdings, Inc., and Motorola Mobility LLC f/k/a Motorola Mobility, Inc. hereby stipulate to the voluntary dismissal of the above-captioned action with prejudice, with each party to bear its own attorneys' fees and costs.

Respectfully submitted,

Dated: August 19, 2013

/s/   *Ira J. Levy*
Ira J. Levy (*pro hac vice*)
*ilevy@goodwinprocter.com*
**GOODWIN PROCTER LLP**
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Tel.:  212.813.8800
Fax:  212.355.3333

Joseph R. Farris (SBN 263405)
*jfarris@goodwinprocter.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center, 24th Floor
San Francisco, California  94111
Tel.:  415.733.6089
Fax:  415.677.9041

Patrick S. Thompson
*pthompson@goodwinprocter.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center, 24th Floor
San Francisco, CA  94111
Tel:  415.733.6000
Fax:  415.677.9041

Srikanth K. Reddy (*pro hac vice*)
*sreddy@goodwinprocter.com*
**GOODWIN PROCTER LLP**
Exchange Place, 53 State Street
Boston, MA 02109-2802
Tel.:  617.570.1000
Fax:  617.523.1231

Attorneys for Plaintiff
XOOM CORPORATION

Dated: August 19, 2013

/s/   Kristin J. Achterhof
Kristin J. Achterhof (IL 6206476)
Carolyn M. Passen (IL 6283537)
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL 60661
Tel: 312.902.5200
Fax: 312.902.1061
Email: kristin.achterhof@kattenlaw.com
carolyn.passen@kattenlaw.com

Dennis B. Kass (SBN 137263)
Richard G. Garcia (SBN 198185)
MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
One California Street, Suite 1100
San Francisco, CA 94111
Tel: 415.217.6990
Fax: 415.217.6999
Email: dbk@manningllp.com
Email: rgg@manningllp.com

Attorneys for Defendants
MOTOROLA TRADEMARK HOLDINGS, LLC, MOTOROLA MOBILITY, INC., and MOTOROLA MOBILITY HOLDINGS, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: August 16, 2013

Hon. Charles R. Breyer
United States District Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]